UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria DIVISION

D.C., et al.

vs.

Fairfax County School Board, et al.

Civil/Criminal Action No. 1:22-cv-01070-MSN-IDD

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

    Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____ in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

_____
_____

Or

    Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____ in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

_____
_____

Or

    Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Fairfax County School Board and Dr. Michelle Reid, Superintendent of FCPS (in her official capacity) in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

10/6/2022
Date

/s/ Julia B. Judkins
Signature of Attorney or Litigant
Counsel for *Fairfax County School Board and Dr. Michelle Reid, Superintendent of FCPS (in her official capacity)*

Rev. 03/12/19

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of October, 2022 , I will electronically file the foregoing with the Clerk of Court using the CM/ECF system.  I will then send the document and a notification of such filing (NEF) to the following party via US Mail:

Michael Brent Adamson
Susman Godfrey L.L.P. (CA-NA)
1900 Avenue of The Stars
Suite 1400
Los Angeles, CA 90067

William R. H. Merrill
Susman Godfrey LLP (NA-TX)
1000 Louisiana Street
Suite 5100
Houston, TX 77002

                                                  */s/ Julia B. Judkins*
                                                   Julia B. Judkins