IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

D.C., *et al.*
      Plaintiffs,

v.

FAIRFAX COUNTY SCHOOL BOARD, *et al.*

      Defendants.

Civil Action: 1:22-CV-01070-MSN-IDD

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE
TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY IN FURTHER
OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

Plaintiffs respectfully submit this Memorandum in Support of their Motion for Leave to File a Notice of Supplemental Authority in Further Opposition to Defendants' Motions to Dismiss.

The Local Rules for the District Court for the Eastern District of Virginia prohibit the filing of "further briefs or written communications" "without first obtaining leave of Court." E.D. Va. Loc. Civ. R. 7(F)(1). Plaintiffs seek leave to file their Notice of Supplemental Authority, which discusses the U.S. Supreme Court's March 21, 2023 opinion in *Perez v. Sturgis Pub. Schs.*, Case No. 21-997.

Plaintiffs seek leave to bring this relevant and recent authority to the attention of the Court so that the Court may consider it while Defendants' Motions to Dismiss are pending. Accordingly, Plaintiffs respectfully request that the Court permit the filing of their Notice of Supplemental Authority in Further Opposition to Defendants' Motions to Dismiss.

Dated: April 4, 2023                                         Respectfully submitted,


                                                   By:  */s/ R. Braxton Hill, IV*
                                                        R. Braxton Hill, IV (VSB No. 41539)
                                                        Craig T. Merritt (VSB No. 20281)
                                                        MERRITTHILL, PLLC
                                                        919 E Main Street, Suite 1000
                                                        Richmond, VA 23219
                                                        T  804-916-1600
                                                        bhill@merrittfirm.com
                                                        cmerritt@merrittfirm.com

                                                        Aderson B. Francois
                                                        (*pro hac vice to be submitted*)
                                                        Civil Rights Clinic,
                                                        Georgetown University Law Center
                                                        600 New Jersey Avenue NW, Suite 532
                                                        Washington DC 200001
                                                        T 202-661-6721
                                                        aderson.francois@law.georgetown.edu

William R.H. Merrill (*pro hac vice*)
Scarlett Collings (*pro hac vice*)
Michael Adamson (*pro hac vice*)
Justin Kenney (*pro hac vice*)
SUSMAN GODFREY, LLP
1000 Louisiana, Suite 5100
Houston, TX 77002
T 713-653-7865
bmerrill@susmangodfrey.com
scollings@susmangodfrey.com
madamson@susmangodfrey.com
jkenney@susmangodfrey.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of April, 2023, I will electronically file a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the registered participants as identified on the NEF to receive electronic service.

/s/ R. Braxton Hill, IV
R. Braxton Hill, IV (VSB No. 41539)
MERRITTHILL, PLLC
919 E Main Street, Suite 1000
Richmond, VA 23219
T  804-916-1600
bhill@merrittfirm.com

*Counsel for Plaintiffs*