IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| D.C., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> FAIRFAX COUNTY SCHOOL BOARD, *et al.* <br><br> Defendants. | Civil Action: 1:22-CV-01070-MSN-IDD |

## NOTICE OF WAIVER OF ORAL ARGUMENT

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 7, the plaintiffs hereby waive oral argument on their unopposed Motion for Leave to File Notice of Supplemental Authority and submit the motion on the papers.

Dated: April 4, 2023

Respectfully submitted,

By: */s/ R. Braxton Hill, IV*
R. Braxton Hill, IV (VSB No. 41539)
Craig T. Merritt (VSB No. 20281)
MERRITT LAW, PLLC
919 E Main Street, Suite 1000
Richmond, VA 23219
T  804-916-1600
bhill@merrittfirm.com
cmerritt@merrittfirm.com

Aderson B. Francois
(*pro hac vice to be submitted*)
Civil Rights Clinic,
   Georgetown University Law Center
600 New Jersey Avenue NW, Suite 532
Washington DC 200001
T 202-661-6721
aderson.francois@law.georgetown.edu

William R.H. Merrill (*pro hac vice*)
Scarlett Collings (*pro hac vice*)
Michael Adamson (*pro hac vice*)
Justin Kenney (*pro hac vice*)
SUSMAN GODFREY, LLP
1000 Louisiana, Suite 5100
Houston, TX 77002
T 713-653-7865
bmerrill@susmangodfrey.com
scollings@susmangodfrey.com
madamson@susmangodfrey.com
jkenney@susmangodfrey.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of April 2023, I will electronically file a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the registered participants as identified on the NEF to receive electronic service.

/s/ R. Braxton Hill, IV
R. Braxton Hill, IV (VSB No. 41539)
MERRITT LAW, PLLC
919 E Main Street, Suite 1000
Richmond, VA 23219
T  804-916-1600
bhill@merrittfirm.com

*Counsel for Plaintiffs*