IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **D.C.**, *et al.*,<br><br>    **Plaintiffs,**<br><br>v.<br><br>**Fairfax County School Board,** *et al.*<br><br>    **Defendants.** | Case No. 1:22-cv-01070 |

## NOTICE OF WAIVER OF ORAL ARGUMENT

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 7, VDOE Defendants hereby waive oral argument on their Motion to Clarify July 25, 2023 Memorandum Opinion & Order and submit the motion on the papers.

Dated: July 31, 2023

Respectfully submitted,

**McGuireWoods LLP**

*/s/ Jackie L. White*
Jackie L. White (VSB No. 96317)
1750 Tysons Boulevard
Suite 1800
Tysons, VA 22102
Telephone: (703) 712-5474
Facsimile: (703) 712-5206
jwhite@mcguirewoods.com
*\*Counsel of Record for VDOE
and Jillian Balow, in her official capacity as
Superintendent of Public Instruction of
VDOE*

Farnaz F. Thompson (VSB No. 75892)
888 16th Street NW
Suite 500
Washington, DC 20006
Telephone: (202) 857-2488
Facsimile: (202) 828-3358
fthompson@mcguirewoods.com

Brian D. Schmalzbach (VSB No. 88544)
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Telephone: (804) 775-4746
Facsimile: (804) 698-2304
bschmalzbach@mcguirewoods.com

Amy E. Hensley (VSB No. 80470)
Assistant Attorney General
Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 371-2267
Facsimile: (804) 371-2087
ahensley@oag.state.va.us

Jason S. Miyares
Attorney General of Virginia

Steven G. Popps
Deputy Attorney General

Jacqueline C. Hedblom
Senior Assistant Attorney General/Chief

Deborah A. Love
Senior Assistant Attorney General/Chief

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of July, 2023, I filed a copy of this document using the Court's ECM/ECF filing system, which will send an electronic notification of the same (NEF) to counsel of record for the plaintiff.

/s/ *Jackie L. White*
Jackie L. White (VSB No. 96317)
MCGUIREWOODS LLP
1750 Tysons Boulevard
Suite 1800
Tysons, VA 22102
Telephone: (703) 712-5474
Facsimile: (703) 712-5206
jwhite@mcguirewoods.com